FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Vertonia J. Jeffrey**
Debtor(s)

Case No.
Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | **Vertonia J. Jeffrey** | S.S.# **xxx-xx-5223** |
| | | S.S.# |
| ADDRESS: | **2954 Lotus Road** | |
| | **Memphis, TN 38109** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **268.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES**      OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Host International, Inc., 6905 Rockledge Drive, Bethesda, MD 20817** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **Midland Mortgage** | Ongoing pmt. Begin **June 1, 2012** | | | $ **460.00** |
| | Approx. arrearage **3384.00** | Interest **0.00** | % | $ **57.00** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **-NONE-** | $ | | % | $ |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$7418.00**

TERMINATION:     Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:     **Barbara R. Loevy 14943**
**Law Offices of Barbara R. Loevy**
**200 Jefferson Avenue**
**Suite 707**
**Memphis, TN 38103**
**901-278-2800 Fax:901-278-9700**